## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pulliam, Crystal L

Printed:  9/23/08

Case Number:  05 B 25631
Judge:  Wedoff, Eugene R
Filed:  6/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  August 8, 2008
Confirmed:  August 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,397.63 |  |
| Secured: |  | 506.56 |
| Unsecured: |  | 6,208.14 |
| Priority: |  | 315.47 |
| Administrative: |  | 2,609.20 |
| Trustee Fee: |  | 548.63 |
| Other Funds: |  | 209.63 |
| Totals: | 10,397.63 | 10,397.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,609.20 | 2,609.20 |
| 2. | National Furniture | Secured | 506.56 | 506.56 |
| 3. | Illinois Dept of Revenue | Priority | 315.47 | 315.47 |
| 4. | World Financial Network Nat'l | Unsecured | 131.12 | 434.93 |
| 5. | Honey Creek | Unsecured | 50.91 | 168.85 |
| 6. | Asset Acceptance | Unsecured | 144.54 | 479.45 |
| 7. | World Financial Network Nat'l | Unsecured | 11.46 | 38.00 |
| 8. | Jefferson Capital | Unsecured | 129.54 | 429.71 |
| 9. | RoundUp Funding LLC | Unsecured | 115.40 | 382.79 |
| 10. | Asset Acceptance | Unsecured | 75.47 | 250.32 |
| 11. | Asset Acceptance | Unsecured | 123.07 | 408.19 |
| 12. | Internal Revenue Service | Unsecured | 293.12 | 972.21 |
| 13. | Ginny's | Unsecured | 18.22 | 60.44 |
| 14. | Country Door | Unsecured | 27.41 | 90.91 |
| 15. | Capital One | Unsecured | 129.17 | 428.39 |
| 16. | Swiss Colony | Unsecured | 17.82 | 59.12 |
| 17. | Arrow Financial Services | Unsecured | 100.74 | 334.18 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 84.17 | 279.16 |
| 19. | Capital One | Unsecured | 209.21 | 693.96 |
| 20. | Illinois Dept of Revenue | Unsecured | 3.07 | 10.20 |
| 21. | Figi's Inc. | Unsecured | 20.08 | 66.62 |
| 22. | Midnight Velvet | Unsecured | 43.00 | 142.61 |
| 23. | Seventh Avenue | Unsecured | 37.80 | 125.37 |
| 24. | Portfolio Recovery Associates | Unsecured | 106.34 | 352.73 |
| 25. | Blitt & Gaines | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pulliam, Crystal L

Printed:  9/23/08

Case Number:  05 B 25631
Judge:  Wedoff, Eugene R
Filed:  6/28/05

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Essence Magazine | Unsecured | | No Claim Filed |
| 27. | Columbia House | Unsecured | | No Claim Filed |
| 28. | Black Expressions | Unsecured | | No Claim Filed |
| 29. | Gevalia Kaffe Import Service | Unsecured | | No Claim Filed |
| 30. | Great Seneca | Unsecured | | No Claim Filed |
| 31. | Household Bank FSB | Unsecured | | No Claim Filed |
| 32. | New York & Co | Unsecured | | No Claim Filed |
| 33. | Midland Credit Management | Unsecured | | No Claim Filed |
| 34. | Midland Credit Management | Unsecured | | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 36. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 37. | Proactive Solution Skin Care | Unsecured | | No Claim Filed |
| 38. | Providian Bank | Unsecured | | No Claim Filed |
| 39. | The Billing Center | Unsecured | | No Claim Filed |
| 40. | Spiegel | Unsecured | | No Claim Filed |
| 41. | Lane Bryant | Unsecured | | No Claim Filed |
| 42. | Providian Bank | Unsecured | | No Claim Filed |
| 43. | Structure | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,302.89 | $ 9,639.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 143.67 |
| 5% | 22.34 |
| 4.8% | 119.82 |
| 5.4% | 187.25 |
| 6.5% | 75.55 |
| | _____ |
| | $ 548.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

